ADAMS, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| KAREN S. ANIKIENKO, | ) | CASE NO.  1:07CV0305 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| MICHAEL J. ASTRUE, | ) | AND ORDER RE:  AFFIRMING |
| COMMISSIONER OF SOCIAL | ) | COMMISSIONER'S DECISION |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied plaintiff's application for disability insurance benefits in the above-captioned case.  The claimant sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge James S. Gallas for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  The Magistrate Judge submitted a Report and Recommendation (Doc. 10) recommending that the decision of the Commissioner be affirmed as supported by substantial evidence.

Fed. R. Civ. P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but neither party has filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140

(1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991);

*United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

   Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted.

The decision of the Commissioner is affirmed.  Judgment will be entered in favor of the

defendant.


   IT IS SO ORDERED.


 May 14, 2008        */s/ John R. Adams*   
Date            John R. Adams
             U.S. District Judge